# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

**Christopher Jordan Terry,**

   **Plaintiff,**

**vs.**                                                                      No. 2:22-22312-MSN-jay

**Commissioner of Social Security,**

   **Defendant.**
_____

## REPORT AND RECOMMENDATION
_____

As an initial matter, this case has been referred to the United States Magistrate Judge for management and for all pretrial matters for determination and/or report and recommendation as appropriate.

On May 18, 2022, plaintiff Christopher Terry filed a *pro se* complaint and a motion to proceed *in forma pauperis*. [D.E. 1 & 2] The Motion to Proceed *In Forma Pauperis* was granted on August 24, 2022. On August 25, 2022 the Magistrate Judge, having screened Plaintiff's Complaint, recommended "that the Court grant Plaintiff leave to amend his Complaint to include complete dates and to attach copies of the documents from the Appeals Council and any other documentation showing that Plaintiff has exhausted his administrative remedies." [D.E. 7]

On September 19, 2022, the District Court adopted the Report and Recommendation and ordered Plaintiff to amend his Complaint within twenty-eight (28) days of the Order. [D.E. 8] Plaintiff was warned that failure to amend his Complaint and submit the necessary documents may result in dismissal of his case without further notice or hearing. Time for amendment has passed, and Plaintiff has failed to comply with the Court's Order. Accordingly, the Magistrate Judge

recommends dismissal of the case.

    Respectfully submitted on November 21, 2022,

                                 **s/Jon A. York**
                                 UNITED STATES MAGISTRATE JUDGE

ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT AND RECOMMENDATIONS MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT AND RECOMMENDATIONS. 28 U.S.C. § 636(b)(1). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.